IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE GOMEZ, | Civil Action No.: 4:18-cv-1224 |
| | (Jury) |
| *Plaintiff,* | |
| V. | |
| CITY OF HOUSTON, TEXAS; | |
| JACOB. B. SIMMERMAN, *Individually;* | |
| RON KLOEPPEL, a *Individually;* and | |
| CHRISTOPHER E. HEAVEN, *Individually,* | |
| *Defendants.* | |

## MOTION TO AMEND SCHEDULING ORDER

**TO THE HONORABLE KENNETH M. HOYT:**

NOW COMES the Plaintiff and files this motion to amend the scheduling order by three months and will show the Court the following:

### PROCEDURE

April 18, 2018 Plaintiff filed his original complaint.

Defendant Simmerman answered the lawsuit August 25, 2018.

Plaintiff's deadline to designate experts is August 30, 2019.

### I.   ARGUMENT

Judges have broad authority to extend scheduling order deadlines. Plaintiff has, at the request of the defendants, and in the last few days seen a doctor for a common test regarding mobility and his ability to work as in the moving business as Plaintiff has for many years. Plaintiff needs to request these records for a medical evaluation as to future damages regarding lost wages.

*Motion to Amend Scheduling Order*

Furthermore, plaintiff's police practices expert Roger Clark needs more time to finish his exper report.

This request is not for delay only but that justice be done.

There is no prejudice to any party by the granting of this motion.

WHEREFORE, Plaintiff requests this Court grant this motion to amend the scheduling order and for all other relief in law and/or equity.

> Respectfully submitted,
>
> /s/ Randall L. Kallinen
> Randall L. Kallinen
> Kallinen Law PLLC
> State Bar of Texas No. 00790995
> U.S. Southern District of Texas Bar No.: 19417
> 511 Broadway Street
> Houston, Texas 77012
> Telephone:    713.320.3785
> FAX:          713.893.6737
> E-mail:       AttorneyKallinen@aol.com
> Attorney for Plaintiff
>
> Mike DeGeurin
> Foreman, DeGeurin & DeGeurin
> Federal Bar No. 3558
> 300 Main Street, 3rd Floor Houston, Texas 77002
> Telephone:    713.655.9000
> FAX:          713.655.1812
> Email:        mdegeurin@foremandegeurin.com

**CERTIFICATE OF CONFERENCE**

I certify I have conferred in good faith by email with opposing counsel August 30, 2019, however, they did not respond yet. When they respond Plaintiff shall inform the court.

> /s/ Randall L. Kallinen
> Randall L. Kallinen

## **CERTIFICATE OF SERVICE**

 I certify I have served a true and correct copy of the foregoing to all ECF notice counsel on August 30, 2019 by filing with the Court's ECF System.

/s/ Randall L. Kallinen
Randall L. Kallinen
