UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOSE GOMEZ,                          §
                                     §
         Plaintiff,                  §
                                     §
VS.                                  §     CIVIL ACTION NO. 4:18-CV-1224
                                     §
CITY OF HOUSTON, TEXAS, *et al*,     §
                                     §
         Defendants.                 §

## JURY NOTE NUMBER 3

The jury has arrived at a unanimous verdict, and has completed the required paper work.

_____
7/13/21
Date

Original signature on File

Foreperson

*************************************************************

_____        _____
Date                             George C. Hanks, Jr.
                                 United States District Judge

---

Jury notes should be used in numerical order.
Jury notes are a permanent part of the record.
Jury notes should be retained and given to the Court with the chase at the conclusion of deliberations.