# HEARING MINUTES

Cause No:       4:18-cv-1224
Style:          Gomez v. City of Houston
Hearing Type:   Jury Trial – **Day SEVEN**

**Appearances:**

| Counsel | Representing |
|---|---|
| Mike Deguerin | Plaintiff |
| Randall Kallinen | Plaintiff |
| Melissa Azadeh | Defendants |
| Majorie Cohen | Defendants |
| Bradley Morefield | Defendants |

Date:  July 12, 2021                      Court Reporter: Smith
Time: 9:10 A.M.–12:11 P.M.                Law Clerk: E. Seaman
      9:15 P.M.–9:27 P.M.

At the hearing, the following rulings were made as stated on the record:

1. The charge was read to the jury. The jury began deliberations.

2. Court adjourned until 07/13/2021 at 9:00 A.M.