# HEARING MINUTES

Cause No:         4:18-cv-1224
Style:            Gomez v. City of Houston
Hearing Type:     Jury Trial – **Day EIGHT**

**Appearances:**

| Counsel | Representing |
|---|---|
| Mike Deguerin | Plaintiff |
| Randall Kallinen | Plaintiff |
| Melissa Azadeh | Defendants |
| Majorie Cohen | Defendants |
| Bradley Morefield | Defendants |

Date: July 13, 2021                Court Reporter: Metzger
Time: 3:36–4:32 P.M.               Law Clerk: E. Seaman

At the hearing, the following rulings were made as stated on the record:

1. Jury returned a verdict for the plaintiff