United States District Court
Southern District of Texas
**ENTERED**
July 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE GOMEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-1224 |
| § | |
| CITY OF HOUSTON, TEXAS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is Plaintiff's Amended Motion in Limine. (Dkt. 104).

The Motion is **DENIED as moot.**

SIGNED at Houston, Texas, this 21st day of July, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE