United States District Court
Southern District of Texas
**ENTERED**
July 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE GOMEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-1224 |
| § | |
| CITY OF HOUSTON, TEXAS, *et al*, § | |
| § | |
| Defendants. § | |

# **FINAL JUDGMENT**

This action came before the Court and a jury. Consistent with the jury verdict rendered on July 13, 2021, this Court enters judgment in favor of Plaintiff Jose Gomez on his Section 1983 and state law assault claim and against Defendants Christopher Heaven and Jacob Simmerman, as follows:

1. Verdict for Plaintiff Jose Gomez and against Defendants Christopher Heaven and Jacob Simmerman on the Section 1983 claim, and $537,500 in compensatory damages; $10,000 in punitive damages against Christopher Heaven; and $10,000 in punitive damages against Jacob Simmerman for violating Section 1983.

2. Verdict for Plaintiff Jose Gomez and against Defendants Christopher Heaven and Jacob Simmerman on the state law assault claim, and $537,500 in compensatory damages; $5,000 in punitive damages against Christopher Heaven; and $10,000 in punitive damages against Jacob Simmerman for violating state law.

This Judgment is entered pursuant to Federal Rule of Civil Procedure 58 and this action is terminated.

SIGNED at Houston, Texas, this 30th day of July, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE