IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE GOMEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | Civil Action No.: 18-cv-1224 |
| | § | |
| JACOB. B. SIMMERMAN, and | § | |
| CHRISTOPHER E. HEAVEN, | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANTS' NOTICE OF APPEAL

**TO THE HONORABLE GEORGE C. HANKS, JR.:**

Notice is hereby given that Defendants JACOB SIMMERMAN and CHRISTOPHER E. HEAVEN appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered by this Court on July 30, 2021 [Doc. 160].

        Respectfully submitted,

        ARTURO G. MICHEL
        City Attorney

        KELLY DEMPSEY
        Section Chief Torts/Civil Rights

By:   */s/ Marjorie L. Cohen*
        MARJORIE L. COHEN
        Senior Assistant Attorney
        State Bar No. 24031960
        Fed. ID No. 34303
        Marjorie.Cohen@houstontx.gov
        Tel. (832) 393-6457
        Attorney in Charge

>BRADLEY A. MOREFIELD
>Senior Assistant Attorney
>State Bar No. 24051079
>Fed. ID No. 567899
>Bradley.Morefield@houstontx.gov
>Tel. (832) 393-632
>
>MELISSA AZADEH
>Senior Assistant City Attorney
>State Bar No. 24064851
>Melissa.Azadeh@houstontex.gov
>Tel. (832) 393-6270
>
>CITY OF HOUSTON
>LEGAL DEPARTMENT
>P.O. Box 368
>Houston, Texas 77002-0368
>
>ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I certify that on August 6, 2021, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to the registered attorney of record as follows:

Randall L. Kallinan             AttorneyKallinen@aol.com
Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77012

Mike DeGeurin             mdegeurin@foremandegeurin.com
Foreman, DeGeurin & DeGeurin
300 Main Street, 3rd Floor
Houston, Texas 77002


>*/s/ Marjorie L. Cohen*
>Marjorie L. Cohen