# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DIVISION OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JOSE GOMEZ,** | )( | Civil Action No.: 4:18-cv-1224 |
| | )( | **(Jury Trial)** |
| *Plaintiff,* | )( | |
| | )( | |
| **V.** | )( | |
| | )( | |
| **CITY OF HOUSTON, TEXAS;** *et al.,* | )( | |
| | )( | |
| *Defendants.* | )( | |

## PLAINTIFF'S NOTICE OF APPEAL

**TO THE HONORABLE GEORGE C. HANKS, JR.:**

**NOW COMES PLAINTIFF** and files this notice of appeal to the United States Fifth Circuit Court of Appeals from the United States District Court for the Southern District of Texas, Houston Division, appealing judgments and orders including:

1.) the FINAL JUDGMENT entered July 30, 2021;

2.) the MEMORANDUM OPINION AND ORDER entered February 26, 2021 (Doc. 79); and

5.) all other orders including any denied by entry final judgment.

        Respectfully Submitted,
        Kallinen Law PLLC

        /s/ *Randall L. Kallinen*
        Randall L. Kallinen
        Kallinen Law PLLC
        State Bar of Texas No. 00790995
        U.S. Southern District of Texas Bar No.: 19417
        511 Broadway Street
        Houston, Texas 77012
        Telephone:   713.320.3785
        FAX:   713.893.6737
        E-mail:   AttorneyKallinen@aol.com
        Attorney for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that I have served all counsel of record and pro se parties a copy of the foregoing by the ECF System of this court on August 26, 2021.

<u>/s/ *Randall L. Kallinen*</u>
Randall L. Kallinen
