IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOSE GOMEZ,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.: 4:18-CV-01224 |
| | § | |
| **JACOB B. SIMMERMAN, and** | § | |
| **CHRISTOPHER E. HEAVEN,** | § | |
| *Defendants.* | § | |

**ORDER DENYING**
**PLAINTIFF'S MOTIONS FOR ATTORNEY'S FEES AND EXPENSES**

Before the Court are Plaintiff's Motion for Attorney's Fees and Expenses [Doc. 163] and Plaintiff's Corrected Motion for Attorney's Fees and Expenses [Doc. 164]. Having reviewed the motions, the response by Defendants, the evidence provided and the applicable law, it is the Court's opinion that Plaintiff's motions should be **DENIED.** It is therefore,

**ORDERED** that all parties are to bear their own costs.

Signed in Houston, Texas on this the ____ day of _____, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE